UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LOGUIDICE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, *et al.*,<br><br>Defendant. | Case No. 1:18-cv-01652-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NO. 10) |

Thomas Loguidice ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2018, Magistrate Judge Jeremy Peterson entered findings and recommendations, recommending that all claims and defendants be dismissed, except for Plaintiff's deliberate indifference claim against defendant Rich. (ECF No. 10, p. 11).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed a statement of non-opposition. (ECF No. 15, p. 1)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on December 5, 2018, are ADOPTED in full;

1

2. All claims and defendants are dismissed, except for Plaintiff's deliberate indifference claim against Defendant Rich; and
3. The Clerk of Court is DIRECTED to reflect the dismissal of defendant California Correctional Health Care Services on the Court's docket.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
SENIOR DISTRICT JUDGE