# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LOGUIDICE, | Case No.: 1:18-cv-01652-AWI-JDP (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| LVN RICH, | [ECF Nos. 3, 19] |
| Defendant. | |

Plaintiff Thomas Loguidice is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2018, Plaintiff moved for injunctive relief "preventing defendants from denying plaintiff the diabetic medical care he needs, and, from accusing plaintiff of attempting to keep insulin syringes after the insulin injection is administered." (ECF No. 3 at 1.) At this stage of the litigation, defendant has not appeared. Nonetheless, given the gravity and urgency of Plaintiff's allegations, the Magistrate Judge requested that the California Office of the Attorney General ("OAG") respond to Plaintiff's motion. (ECF No. 10.) On December 17, 2018, the OAG filed an opposition to Plaintiff's motion. (ECF No. 14). On January 2, 2018, Plaintiff filed a reply. (ECF No. 18.)

1

On January 4, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's request for injunctive relief be denied on the ground that Plaintiff had failed to establish the imminent irreparable harm required to support a preliminary injunction. (ECF No. 19.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. Plaintiff filed objections on January 22, 2019. (ECF No. 20.) He makes two principal points: (1) Glipizide—the medication prescribed to Plaintiff in lieu of insulin shots—"is not working for the Plaintiff's diabetic condition"; and (2) Dr. St. Clair, whose declaration supported the OAG's opposition to Plaintiff's motion, does not have personal knowledge of these matters.

Neither objection dissuades the Court from adopting the Findings and Recommendations. First, the Court acknowledges that insulin shots are probably a more effective treatment for Plaintiff's type-two diabetes than Glipizide. However, the fact remains that prison officials have stated that Plaintiff may resume taking insulin shots at any time. Plaintiff's choice to take Glipizde instead of insulin shots is his own. Second, as the Magistrate Judge pointed out, even if the Court were to accept Plaintiff's conclusory allegations that St. Clair, a Chief Medical Executive at SCC, does not have personal knowledge of Plaintiff's medical treatment, a court may consider inadmissible evidence at the preliminary injunction stage. *See Johnson v. Couturier*, 572 F.3d 1067, 1083 (9th Cir. 2009).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued January 4, 2019 (ECF No. 19), are adopted in full; and

2. Plaintiff's motion for injunctive relief, filed November 28, 2018 (ECF No. 3), is denied.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
SENIOR DISTRICT JUDGE