UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS LOGUIDICE, | Case No. 1:18-cv-01652-AWI-JDP (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST TO VACATE THE SCHEDULING ORDER |
| v. | |
| RICH, | ECF No. 32 |
| Defendant. | |

Defendant's request to vacate the discovery and scheduling order is granted. *See* ECF Nos. 29, 32. The court will issue a new discovery and scheduling order once a final ruling is made on defendant's pending motion for summary judgment, ECF No. 30, if necessary.

IT IS SO ORDERED.

Dated: January 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.