UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LOGUIDICE,<br><br>        Plaintiff,<br><br>  vs.<br><br>RICH,<br><br>        Defendant. | 1:18-cv-1652-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 34.)<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br>(ECF No. 30.) |

Thomas Loguidice ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2020, the Magistrate Judge entered findings and recommendations, recommending that this case be dismissed, without prejudice, based on defendant's motion for summary judgment. (ECF No. 34.) Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on February 10, 2020 (Doc. No. 34) are ADOPTED IN FULL;
2. Defendant's motion for summary judgment (Doc. No. 30) is GRANTED;
3. This case is dismissed without prejudice for failure to exhaust administrative remedies; and
4. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   March 12, 2020                              _____
                                                     SENIOR DISTRICT JUDGE